UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DANIEL C. MACRITCHIE,

                Plaintiff,

vs.

VEOLIA WATER NORTH AMERICA
ENGINEERING & CONSTRUCTION, INC.
N/K/A N.A. WATER SYSTEMS, LLC;
VEOLIA WATER NORTH AMERICA
OPERATING SERVICES, INC.; US
FILTER CORPORATION; ANDREW D.
SEIDEL; MATTHEW S. THOMPSON;
JAMES BROWN; MICHAEL RODI;
SCOTT RECINOS; JOHN LUCEY;
MICHAEL STARK; and BRIAN J.
CLARKE,

                Defendants.

Civil Action No.    05-11064 WGY

---

## CORPORATE DISCLOSURE STATEMENT

Defendant Veolia Water North America Operating Service, LLC[1] ("VWNAOS") provides the following disclosures pursuant to Local Rule 7.3: The ultimate parent corporation of VWNAOS and only parent corporation that is also a publicly held corporation is Veolia Environnement ("VE"). VWNAOS is a wholly-owned by Veolia Water America, LLC, which in turn is wholly-owned by Water Applications & Systems Corporation (formerly known as United States Filter Corporation) ("WASC"). WASC is indirectly owned in whole by VE.

---

[1] Veolia Water North America Operating Services, LLC is improperly identified in the Complaint as "Veolia Water North America Operating Services, Inc.".

Respectfully submitted,

VEOLIA WATER NORTH AMERICA
OPERATING SERVICES, LLC,

By its attorneys,

_____
Stephen T. Paterniti, BBO #564860
Amanda S. Rosenfeld, BBO #654101
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

May 20, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2005, a copy of the foregoing was served on Plaintiff, Jonathan M. Feigenbaum, Phillips & Angley, 1 Bowdoin Square, Boston, 02114 by postage pre-paid, first-class mail.

_____
Jackson Lewis LLP

H:\PaterniS\veolia water (79953)\macritchie (80583)\pleadings\corporate disclosure statement - veolia.DOC