UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL C. MARITCHIE ) | |
|     Plaintiff ) | |
| ) | |
| V. ) | |
| ) | |
| VEOLIA WATER NORTH AMERICA ET AL ) | 05-11064-WGY |
|     Defendants | |

**CERTIFICATION OF BUDGET AND ADR CONFERENCE**

NOW COMES Jonathan M. Feigenbaum, Esquire, legal counsel for the plaintiff, Daniel C. MacRitchie, pursuant to Rule 16.1(D)(3) and certify that the plaintiff and his legal counsel have conferred regarding (a) the projected costs of litigating this matter through a trial on the merits and that a budget has been established for the costs of conducting the full litigation; and (b) to consider the resolution of this case through the use of alternative dispute resolution programs.

 

Jonathan M. Feigenbaum, Esq.
B.B.O. #546686
Philips & Angley
One Bowdoin Square
Boston, MA 02114
Tel. No. : (617) 367-8787

Daniel C. MacRitchie

DATED: 6/30/05

L:\Dmac002\budget.adr.certificate.wpd