UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DANIEL C. MACRITCHIE,

          Plaintiff,

vs.

VEOLIA WATER NORTH AMERICA
ENGINEERING & CONSTRUCTION, INC.
N/K/A N.A. WATER SYSTEMS, LLC;
VEOLIA WATER NORTH AMERICA
OPERATING SERVICES, INC.; US
FILTER CORPORATION; ANDREW D.
SEIDEL; MATTHEW S. THOMPSON;
JAMES BROWN; MICHAEL RODI;
SCOTT RECINOS; JOHN LUCEY;
MICHAEL STARK; and BRIAN J.
CLARKE,

          Defendants.

Civil Action No. 05-11064-WGY

---

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties submit this Joint Statement Regarding Pretrial Schedule pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference. The parties agree and request that the Court approve the following Proposed Pretrial Schedule and Discovery Plan:

### Proposed Pretrial Schedule and Discovery Plan

| | |
|---|---|
| February 1, 2006 | Discovery close. |
| March 15, 2006 | Deadline for filing dispositive motions, if either party determines that such a motion is appropriate. A moving party may file a reply to the opposition of the responding party. |
| May, 2006 | Final Pre-Trial Conference |

## SETTLEMENT

Defendant will receive a written settlement demand from Plaintiff's counsel, in accordance with Local Rule 16.1, no later than July 1, 2005.

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The parties affirm that they have conferred with their clients with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and to consider the resolution of this action through alternative dispute procedures, such as those outlined in Local Rule 16.4. Certifications required by Local Rule 16.1(D)(3) shall be filed separately.

## TRIAL BEFORE A MAGISTRATE JUDGE

The parties do not consent at this time to a trial before a Magistrate Judge.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| | N.A. WATER SYSTEMS, LLC, VEOLIA WATER NORTH AMERICA OPERATING SERVICE, LLC, JAMES BROWN, MICHAEL RODI, SCOTT RECINOS, JOHN LUCEY, BRIAN J. CLARK and MICHAEL STARK, |
| DANIEL C. MACRITCHIE, | |
| By his attorney, | By their attorneys, |
| /s/ Jonathan Feigenbaum | /s/ Stephen T. Paterniti |
| Jonathan Feigenbaum, BBO# 546686 | Stephen T. Paterniti, BBO #564860 |
| Phillips & Angley | Jackson Lewis LLP |
| One Bowdoin Square | 75 Park Plaza |
| Boston, MA 02114 | Boston, MA 02116 |
| (617) 367-8787 | (617) 367-0025 |

Dated: June 30, 2005

H:\PaterniS\veolia water (79953)\macritchie (80583)\pleadings\Joint Statement Pursuant to Local Rule 16 1(d) DOC