UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DANIEL C. MACRITCHIE,

          Plaintiff,

vs.

VEOLIA WATER NORTH AMERICA ENGINEERING & CONSTRUCTION, INC. N/K/A N.A. WATER SYSTEMS, LLC; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, INC.; US FILTER CORPORATION; ANDREW D. SEIDEL; MATTHEW S. THOMPSON; JAMES BROWN; MICHAEL RODI; SCOTT RECINOS; JOHN LUCEY; MICHAEL STARK; and BRIAN J. CLARKE,

          Defendants.

Civil Action No. 05-11064-WGY

---

## DEFENDANTS' LOCAL RULE 16.1 CERTIFICATION

Defendant N.A. Water Systems, LLC, Veolia Water North America Operating Services, LLC, James Brown, Michael Rodi, Scott Recinos, John Lucey, Brian J. Clarke, and Michael Stark and the undersigned counsel for Defendants, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

    a.    with a view to establishing a budget for the cost of conducting the full course - and various alternative courses of this litigation; and

b.  to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

/s/ Stephen T. Paterniti
Stephen T. Paterniti, BBO #564860
Jackson Lewis LLP
Attorney for Defendants

/s/ Kenneth Kubrick
Kenneth Kubrick
N.A. Water Systems, LLC

/s/ Robert Arendell
Robert Arendell
Veolia Water North America Operating Services, LLC

/s/ James Brown
James Brown

/s/ Michael Rodi
Michael Rodi

/s/ Scott Recinos
Scott Recinos

/s/ John Lucey
John Lucey

/s/ Brian J. Clark
Brian J. Clark

/s/ Michael Stark
Michael Stark

Dated: July 26, 2005