UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL C. MACRITCHIE | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO.  05-11064WGY |
| | ) |
| VEOLIA WATER NORTH AMERICA | ) |
| ENGINEERING & CONSTRUCTION, INC. | ) |
| N/K/A N.A. WATER SYSTEMS, LLC; | ) |
| VEOLIA WATER NORTH AMERICA | ) |
| OPERATING SERVICES, INC.; | ) |
| US FILTER CORPORATION; | ) |
| ANDREW D. SEIDEL; | ) |
| MATTHEW S. THOMPSON; | ) |
| JAMES BROWN; | ) |
| MICHAEL RODI; | ) |
| SCOTT RECINOS; | ) |
| JOHN LUCEY; | ) |
| MICHAEL STARK; and | ) |
| BRIAN J. CLARKE, | ) |
| | ) |
|     Defendants. | ) |

**STIPULATION OF CONFIDENTIALITY
AND PROTECTIVE ORDER**

      **IT IS HEREBY STIPULATED AND AGREED** by and among counsel for the parties hereto who have appeared that, as to the documents to be produced subject to this Stipulation of Confidentiality and Protective Order, are produced under the following conditions:

1. Any party may designate any documents and interrogatory answers that they reasonably have a good faith belief constitute, contain or reflect confidential matters, as "confidential" by so stamping each page of such material in the upper right-hand corner which shall then be referred to as "confidential information."

2. Except as hereinafter set forth, confidential information shall be used solely for the purpose oft his litigation and not for any other purpose shall be disclosed only to:

(a) The Court and Court personnel;

(b) The attorneys of record in this action and persons employed in the attorneys' office;

(c) Named parties, and in the case of an entity, any persons who are reasonably needed to review confidential information to assist in the defense or prosecution of this matter;

(d) Expert witnesses, provided, however, that such person's shall be advised of this agreement and be bound by its terms.

3. No such person or entity shall divulge any confidential information to any other person or entity, except those identified in paragraph 2.

4. Confidential information shall be used only for purposes of pretrial proceedings, preparation for trial, motions, trial of this action, appeals, and for any other purpose associated with this litigation. If confidential information is used during a deposition that portion of the deposition shall be marked as containing confidential information and shall be treated in conformity with this stipulation.

5. The Clerk of this Court, unless otherwise directed by order of this Court, is directed to maintain under seal all interrogatory answers, documents, and other information filed in Court in this action which have been designated as confidential by any party and any memoranda, affidavits or other papers quoting or otherwise discussing such confidential information. Prior to trial, any party that intends to introduce confidential information into a file at the Clerk's Office (i.e. in support of a motion), shall file a motion in accordance with the local rules for filing under seal, and the opposing party shall assent to the filing of such motion to seal.

6. Upon the termination of this action, whether by final judgment after all appeals have been exhausted or waived, settlement, dismissal or other disposition, all confidential information subject to this agreement, and all copies thereof, shall be promptly proffered for return to the party's counsel who delivered the documents to the other party's counsel, or destroyed by counsel in possession of the other party's confidential information and no copies shall be kept by a party or its/his counsel.

7. This stipulation and order shall not prohibit the Court from disclosing the confidential information in accordance with any order, judgment or memorandum of this Court.

Nothing in this stipulation and order shall prevent any party from seeking a modification of this stipulation and order or such further provisions regarding confidentiality as may become necessary.

Respectfully Submitted:


Daniel C. MacRitchie
Plaintiff

By His Attorney

/s/ Jonathan M. Feigenbaum
_____

Jonathan M. Feigenbaum
BBO No. 546686
Phillips & Angley
One Bowdoin Square
Boston, MA. 02114
(617) 367-8787


Respectfully submitted:

All Defendants
By Their Attorneys

/s/ Stephen S. Paterniti (JMF)
_____

Stephen S. Paterniti
BBO No. 564860
Jackson Lewis
75 Park Plaza
Boston, MA   02116
(617) 367-0025

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on all counsel of record in accordance with the electronic notification system of the US District Court.

DATED: December 16, 2005

/s/ Jonathan M. Feigenbaum

4

SO ORDERED in this Judicial District on this        day of        2005.

_____
William C. Young
United States District Judge