UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL C. MACRITCHIE<br><br>　　　Plaintiff,<br><br>v.<br><br><br><br>VEOLIA WATER NORTH AMERICA<br>ENGINEERING & CONSTRUCTION, INC.<br>N/K/A N.A. WATER SYSTEMS, LLC;<br>VEOLIA WATER NORTH AMERICA<br>OPERATING SERVICES, INC.;<br>US FILTER CORPORATION;<br>ANDREW D. SEIDEL;<br>MATTHEW S. THOMPSON;<br>JAMES BROWN;<br>MICHAEL RODI;<br>SCOTT RECINOS;<br>JOHN LUCEY;<br>MICHAEL STARK; and<br>BRIAN J. CLARKE,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.  05-11064WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT AGAINST DEFENDANTS, N.A. WATER SYSTEMS, LLC, MICHAEL
RODI, AND SCOTT RECINOS, AS TO COUNT I FOR INTERFERENCE WITH
PLAINTIFF'S RIGHTS UNDER THE FAMILY MEDICAL LEAVE ACT, 29 U.S.C. §
2601 WITH RULE 7.1 CERTIFICATION**

　　　Now comes the plaintiff, Daniel C. MacRitchie ("Mr. MacRitchie"), and moves this

Honorable Court, pursuant to Fed. R. Civ. P. 56, for partial summary judgment as to Count I of

his Complaint against the Defendants, N.A. Water Systems, LLC ("NAWS"), Michael Rodi

("Mr. Rodi"), and Scott Recinos ("Mr. Recinos") for violating plaintiff's rights under the Family

1

Medical Leave Act, 29 U.S.C. § 2601 et seq., ("FMLA" or "Act").  For reasons, the plaintiff states that:

1. For purposes of FMLA, Mr. MacRitchie was an eligible employee of NAWS and NAWS was an employer.

2. At all relevant times, Mr. MacRitchie was entitled to take up to twelve weeks of family medical leave under the Act to care for his newborn daughter.

3. Mr. MacRitchie provided NAWS and its human resources manager, Mr. Rodi, with proper notice of his intention to take four weeks off under the Act.

4. NAWS and Mr. Rodi interfered with Mr. MacRitchie's right to take his leave under the FMLA by discouraging him from taking his requested four weeks, suggesting instead that he take only two weeks, and requesting medical certification when it was not required, thereby violating Mr. MacRitchie's rights under 29 U.S.C. § 2615(a)(1).

5. NAWS and Mr. MacRitchie's supervisor, Mr. Recinos, interfered with Mr. MacRitchie's right to take leave under the FMLA by requiring him to work while out on leave , thereby violating Mr. MacRitchie's rights under 29 U.S.C. § 2615(a)(1).

In further support of this motion, Mr. MacRitchie relies on the memorandum of law and supporting affidavits and materials filed herewith.

## REQUEST FOR ORAL ARGUMENT

Plaintiff requests oral argument.

WHEREFORE, this Court is urged to enter judgment against the Defendants, N.A. Water Systems, LLC, Michael Rodi, and Scott Recinos for interfering with Plaintiff's rights under 29 U.S.C. § 2601.

## RULE 7.1 CERTIFICATION

The undersigned certifies that he conferred with defense counsel in accordance with Rule 7.1 of the local rules prior to filing this motion.

> The Plaintiff,
> DANIEL C. MACRITCHIE
> By his attorneys
>
> /s/ Jonathan M. Feigenbaum, Esq.
> Jonathan M. Feigenbaum, Esq.
> B.B.O. #546686
> Stephanie M. Swinford, Esq.
> B.B.O. #654135
> Philips & Angley
> One Bowdoin Square
> Boston, MA 02114
> Tel. No. : (617) 367-8787

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this 7th day of March, 2006.    /s/ Jonathan M. Feigenbaum, Esq.

L:\LITG\Dmac002\Sum.Judg\Sum.Judg.Mot.III.doc