UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL C. MACRITCHIE | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 05-11064WGY |
| | ) |
| VEOLIA WATER NORTH AMERICA | ) |
| ENGINEERING & CONSTRUCTION, INC. | ) |
| N/K/A N.A. WATER SYSTEMS, LLC; | ) |
| VEOLIA WATER NORTH AMERICA | ) |
| OPERATING SERVICES, INC.; | ) |
| US FILTER CORPORATION; | ) |
| ANDREW D. SEIDEL; | ) |
| MATTHEW S. THOMPSON; | ) |
| JAMES BROWN; | ) |
| MICHAEL RODI; | ) |
| SCOTT RECINOS; | ) |
| JOHN LUCEY; | ) |
| MICHAEL STARK; and | ) |
| BRIAN J. CLARKE, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

## **VERIFYING AFFIDAVIT OF STEPHANIE M. SWINFORD, ESQ.**

I, Stephanie M. Swinford, Esq. hereby on oath depose and state as follows:

1.    I am an attorney duly authorized and admitted to the practice of law before the United States District Court for the District of Massachusetts.

2.    I am legal counsel of record for the Plaintiff, Daniel C. MacRitchie ("Mr. MacRitchie") in Civil Action No. 05-11064WGY.

3.    I have personal knowledge of the deposition transcripts, deposition exhibits and other discovery documents produced and available in this action.

4. Attached hereto as Exhibit "A" is a true and accurate copy of a company history printout from Veolia Water North America's website.

5. Attached hereto as Exhibit "B" is a true and accurate copy of a company history printout from Hoover's Online.

6. Attached hereto as Exhibit "C" is a true and accurate copy of the relevant portions of the deposition of Michael Frederick Rodi conducted on January 26, 2006.

7. Attached hereto as Exhibit "D" is a true and accurate copy of Mr. MacRitchie's Offer and Acceptance Letter with US Filter Engineering and Construction dated July 25, 2005.

8. Attached hereto as Exhibit "E" is a true and accurate copy of the Certificate of Merger for N.A. Water Systems, LLC.

9. Attached hereto as Exhibit "F" is a true and accurate copy of the April 13, 2004 Email Chain regarding Mr. MacRitchie's notice to N.A. Water Systems, LLC requesting time off under the Family Medical Leave Act.

10. Attached hereto as Exhibit "G " is a true and accurate copy of the April 21, 2004 Email Chain regarding Mr. MacRitchie's notice of his leave to his supervisor.

11. Attached hereto as Exhibit "H" is a true and accurate copy of the relevant portions of the deposition of Scott Recinos conducted on January 17, 2006.

12. Attached hereto as Exhibit "I" is a true and accurate copy of the relevant portions of the deposition of Mr. MacRitchie conducted on December 19, 2005.

13. Attached hereto as Exhibit "J" is a true and accurate copy of N.A. Water Systems, LLC Family Medical Leave and Sick Leave Policy.

14. Attached hereto as Exhibit "K" is a true and accurate copy of N.A. Water Systems, LLC's Answer to Interrogatory No. 11.

15.     Attached hereto as Exhibit "L" is a true and accurate copy of the relevant portions of Mr. MacRitchie's First Set of Requests for Admissions to N.A. Water Systems, LLC.

16.     Attached hereto as Exhibit "M" is a true and accurate copy of the Email dated June 9, 2004 from Scott Recinos.

17.     Attached hereto as Exhibit "N" is a true and accurate copy of Six Emails from June 9, 2004 through June 17, 2004.

Signed under the pains and penalties of perjury this 7thday of March, 2006.

/s/ Stephanie. M. Swinford

---

Stephanie M. Swinford, Esq.
B.B.O. #654135
Phillips & Angley
One Bowdoin Square
Boston MA 02114
Tel. No. 617-367-8787

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. (NEF), and paper copies will be sent to those indicated as non-registered participants on this 7th day of March, 2006.

/s/ Jonathan M. Feigenbaum, Esq.
Jonathan M. Feigenbaum, Esq.

L:\Dmac002\Sum.Judg\VeryifyingAffofSMS.III.doc