## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

----------------------------------------------------------

DANIEL C. MACRITCHIE,

                    Plaintiff,

    vs.

VEOLIA WATER NORTH AMERICA
ENGINEERING & CONSTRUCTION, INC.
N/K/A N.A. WATER SYSTEMS, LLC;
VEOLIA WATER NORTH AMERICA
OPERATING SERVICES, INC.; US
FILTER CORPORATION; ANDREW D.
SEIDEL; MATTHEW S. THOMPSON;
JAMES BROWN; MICHAEL RODI;
SCOTT RECINOS; JOHN LUCEY;
MICHAEL STARK; and BRIAN J.
CLARKE,

                    Defendants.

Civil Action No. 05-11064-WGY

----------------------------------------------------------

### JOINT MOTION TO EXTEND SUMMARY JUDGMENT DEADLINE

Plaintiff, Daniel MacRitchie ("Plaintiff") and Defendants Veolia Water North America

Engineering & Construction, Inc. n/k/a N.A. Water Systems, LLC, Veolia Water North America

Operating Services, Inc., US Filter Corporation, James Brown, Michael Rodi, Scott Recinos,

John Lucey, Michael Stark, and Brian J. Clarke ("Defendants") jointly move this Court for a

brief extension of the deadline for filing dispositive motions from March 15 to March 31, 2006.

As grounds therefore, the parties state that they are eager to pursue resolution of this case

prior to incurring costs to prepare and oppose dispositive motions. In furtherance of this pursuit,

the parties have scheduled a private mediation with Brad Honoroff of The Mediation Group for

March 10, 2006. A brief extension of the summary judgment deadline will allow the parties to

focus resources towards a potential resolution of this case without the need to simultaneously be

expending time and resources on preparation of dispositive motions and/or oppositions to same.

If the case does not resolve at mediation, the parties will also need additional time to conduct a

deposition scheduled for March 15.

|  | Respectfully submitted, |
|---|---|
| DANIEL C. MACRITCHIE | N. A. WATER SYSTEMS, LLC, VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, JAMES BROWN, MICHAEL RODI, SCOTT RECINOS, JOHN LUCEY, BRIAN J. CLARKE and MICHAEL STARK, |
| By his attorneys | By their attorneys, |
| /s/Jonathan M. Feiganbaum(stp) | /s/Stephen T. Paterniti |
| Jonathan M. Feigenbaum (BBO# 546686) | Stephen T. Paterniti, BBO #564860 |
| Stephanie M. Swinford (BBO# 654135) | Amanda S. Rosenfeld, BBO #654101 |
| Philips & Angley | Jackson Lewis LLP |
| One Bowdoin Square | 75 Park Plaza |
| Boston, MA  02114 | Boston, MA 02116 |
| (617) 367-8787 | (617) 367-0025 |

Date:  March 7, 2006