**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DANIEL MACRITCHIE_____
           Plaintiff(s)

                V.                                                                    CIVIL ACTION

                                                                                       NO. 05-CV-11064-WGY
VEOLIA WATER NORTH AMERICA ENGINEERING
& CONSTRUCTION, INC. ET AL_____
           Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE\_\_\_\_\_WILLIAM G. YOUNG_____

[ X ]   In the above entitled case, the parties requested to be excused from attending mediation session with Magistrate Judge Joyce London Alexander after referral to the ADR Program, but prior to ADR.

[ ]     On _____ I held the following ADR proceeding:

        _____   SCREENING CONFERENCE    _____  EARLY NEUTRAL EVALUATION
        \_\_\_\_\_    MEDIATION                _____  SUMMARY BENCH / JURY TRIAL
        _____   MINI-TRIAL               _____  SETTLEMENT CONFERENCE

        All parties were represented by counsel [except _____]
        The parties were / were not present in person or by authorized corporate officer [except
        _____].
        The case was:

[ ]     Settled. Your clerk should enter a \_\_\_\_ day order of dismissal.

[ ]     There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ X ]   All parties have elected to mediate this case before a private mediator. This case should be restored to your trial list.

[ ]     Suggested strategy to facilitate settlement:

\_\_\_\_\_3/9/06_____                                    /S/ Joyce London Alexander
      DATE                                                      ADR Provider

(ADR Report.wpd - 4/12/2000)                                                              [adrrpt.]