UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                             **Civil Action
No: 05cv11064-WGY**

**Daniel MacRitchie**

**Plaintiff**

v.

**Veolia Water North America Engineering & Construction Inc. et al
Defendant**

## **SETTLEMENT ORDER OF DISMISSAL**

**YOUNG, D.J.**

      The Court having been advised on April 14, 2006 that the above-entitled action has been settled:

      **IT IS ORDERED** that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                                   **By the Court,**

                                                                   /s/Matthew A. Paine

                                                                   **Deputy Clerk**

**April 14, 2006**

**To: All Counsel**